In the Matter of the Petition of ANNA D. SCHMIDT for Construction of the Will of FRITZ GEORGE SCHMIDT, Deceased, Pursuant to Sections 145 and 145-a of the

Surrogate's Court Act. ANNA D. SCHMIDT, Appellant; HELEN S. DAVIDSON, Individually and as Executrix, etc., and THE FIFTH AVENUE BANK OF NEW YORK, as Executor, etc., of FRITZ GEORGE SCHMIDT, Deceased, ANNA-LUISE O'CONNOR, ERNA S. AWALT, MARIE-ELIZABETH BYROM, and ARTHUR D. BRENNAN, as Special Guardian for JEAN MARIE BYROM, JEAN AWALT, FRANCES ANN O'CONNOR and JOAN O'CONNOR, Infants, etc., Respondents.— Appeal by petitioner, Anna D. Schmidt, the surviving spouse of testator, Fritz George Schmidt, deceased, from a decree of the Surrogate's Court, Westchester county, construing testator's will to the effect that certain beneficiaries are entitled to priority of payment and adjudging, among other things, that petitioner has a personal right of election under section 18 of the Decedent Estate Law to claim her share as in intestacy or, in the alternative, to claim her dower right. Decree unanimously affirmed, with costs to all parties filing briefs, payable out of the estate. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ. [171 Misc. 95. See, also, 256 App. Div. 827.]